UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michelle L. Becker,

                              CASE NO. **15-cv-02606 EMC**

        Plaintiffs,

v.

                              STIPULATION AND [P~~ROPOSE~~D]
                              ORDER SELECTING ADR PROCESS

Experian Information Solutions, Inc,
et al,

        Defendants.
_____/

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        ☐    Non-binding Arbitration (ADR L.R. 4)
        ☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        X    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**

        ☐    Private ADR (*please identify process and provider*)
        _____

_____

The parties agree to hold the ADR session by:

        90 *days from the date of the order referring the case to an ADR process.*

        _____

Dated: August 20, 2015.                            */s/ Mark F. Anderson*
                                                                       Attorney for Plaintiff

See attached page 3 for additional counsel.
CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

  ☒ The parties' stipulation is adopted and IT IS SO ORDERED.

  ☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 8/20/15



_____
UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

Page 3 to Stipulation to ADR in *Becker v Experian Information Solutions, Inc.,* No. 15-cv-02606 EMC

*/s/ Justin T. Walton*
Justin T. Walkton
(admitted Pro Hac Vice)
Schuckit & Associates, P.C.
34545 Northwestern Drive
Zionsville, IN 46077
Ph: 317.363.2400
Fax: 317.363.2257
Email: JWalton@schuckitlaw.com    Attorneys for Defendant Trans Union, LLC

/s/ *Alyssa M. Staudinger*
Alyssa M. Staudinger
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Ph: 949.851.3939
Fax: 949.553.7539
Email: astaudinger@jonesday.com    Attorneys for Experian Information Solutions, Inc.

/s/ *Connie Y. Tcheng*
Connie Y. Tcheng
Doll, Amir & Eley LLP
1888 Century Park East, Suite 1850
Los Angeles, CA 90067
Phone: 310.557.9100
Email: ctcheng@dollamir.com    Attorneys for Capital One Bank (USA)

## FILER ATTESTATION

      Pursuant to Civil Local Rule 5.1(i)(3), I, Mark F. Anderson attest under penalty of perjury that concurrence in the filing of this document has been obtained from all of the signatories.

Dated: August 20, 2015.

                                    /s/ *Mark F. Anderson*
                                      Mark F. Anderson