UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE L BECKER<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-02606-EMC  (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  November 13, 2015<br>Mediator:  Patti Prunhuber |

　　　IT IS HEREBY ORDERED that the request to excuse plaintiff Michelle Becker from appearing in person at the November 13, 2015, mediation before Patti Prunhuber is GRANTED. Ms. Becker shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

　　　**IT IS SO ORDERED**.

Dated: November 9, 2015

_____
Maria-Elena James
United States Magistrate Judge