Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Michelle Becker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michelle L. Becker,<br><br>    Plaintiff,<br><br>    v.<br><br>Experian Information Solutions, Inc., *et al*,<br><br>    Defendants. | Case No. 3:15-cv-02606-EMC<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

IT IS HEREBY STIPULATED by and between counsel for plaintiff Michelle L. Becker and counsel for defendant Experian Information Solutions, Inc. ("Experian"); that plaintiff's claims against defendant Experian shall be dismissed with prejudice, each party to bear its own fees and costs, pursuant to Fed. Rule Civ. Proc. 41(a)(1)(A)(ii).

Date: November 6, 2015                    /s/ *Mark F. Anderson*
                                          Mark F. Anderson, SBN 44787
                                          Anderson, Ogilvie & Brewer LLP
                                          235 Montgomery Street
                                          San Francisco, CA 94104
                                          Suite 914
                                          Phone: 415.651.1951
                                          Fax: 415.500.8300
                                          mark@aoblawyers.com

                                          Attorney for Plaintiff Michelle L. Becker

**STIP FOR DISMISSAL OF EXPERIAN –- BECKER V EXPERIAN INFO SOLUTIONS, NO. 15-12606 EMC**

| | |
|---|---|
| Date: November 6, 2015 | /s/ *Alyssa Staudinger* <br> Alyssa Staudinger <br> JONES DAY <br> 3161 Michelson Drive, Suite 800 <br> Irvine, CA 92612-4408 <br> Phone: 949.851.3939 <br> Fax: 949.553.7539 <br> astaudinger@JonesDay.com <br><br> Attorneys for Experian Information Solutions, Inc. |

### FILER ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3), I, Mark Anderson attest under penalty of perjury under the laws of the United States that concurrence in the filing of this document has been obtained from all of the signatories.

Dated: November 6, 2015            */s/Mark F. Anderson*
                                              Mark F. Anderson

**STIP FOR DISMISSAL OF EXPERIAN –- BECKER V EXPERIAN INFO SOLUTIONS, NO. 15-12606 EMC**

Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Michelle Becker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michelle L. Becker, <br><br> Plaintiff, <br><br> v. <br><br> Experian Information Solutions, Inc., *et al*, <br><br> Defendants. | Case No. 3:15-cv-02606-EMC <br><br> ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

Based upon the parties' stipulation and for good cause shown, plaintiff Michelle L. Becker's claims against defendants Experian Information Solutions, Inc. shall be dismissed with prejudice, each party to bear its own fees and costs, pursuant to Fed. Rule Civ. Proc. 41(a)(1)(A)(ii).

Dated: 11/10/15

_____
United States Dis... Judge Edward M. Chen

IT IS SO ORDERED

**ORDER FOR DISMISSAL OF EXPERIAN –- BECKER V EXPERIAN INFO SOLUTIONS, NO. 15-12606 EMC**

Page 1 of 1