Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Michelle Becker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Michelle L. Becker, | ) | Case No. 3:15-cv-02606-EMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION FOR DISMISSAL OF REMAINING DEFENDANT CAPITAL ONE BANK (USA), N.A. |
| Experian Information Solutions, Inc., *et al*, | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between counsel for plaintiff Michelle L. Becker and counsel for defendant Capital One Bank (USA), N.A. ("Capital One"); that plaintiff's claims against defendant Capital One shall be dismissed with prejudice, each party to bear its own fees and costs, pursuant to Fed. Rule Civ. Proc. 41(a)(1)(A)(ii).

Date: December 1, 2015

/s/ *Mark F. Anderson*
Mark F. Anderson, SBN 44787
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street
San Francisco, CA 94104
Suite 914
Phone: 415.651.1951
Fax: 415.500.8300
mark@aoblawyers.com

Attorney for Plaintiff Michelle L. Becker

**STIP FOR DISMISSAL OF EXPERIAN –- BECKER V EXPERIAN INFO SOLUTIONS, NO. 15-12606 EMC**

| | |
|---|---|
| Date: December 1, 2015 | /s/ *Connie Y. Tcheng* |
| | Connie Y. Tcheng |
| | Doll, Amir & Eley LLP |
| | 1888 Century Park East, Suite 1850 |
| | Los Angeles, CA 90067 |
| | Phone: 310.557.9100 |
| | Email: ctcheng@dollamir.com |
| | |
| | Attorneys for Capital One Bank (USA) |

**FILER ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I, Mark Anderson attest under penalty of perjury under the laws of the United States that concurrence in the filing of this document has been obtained from all of the signatories.

Dated: December 1, 2015                  */s/Mark F. Anderson*
                                          Mark F. Anderson

IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District Judge



**STIP FOR DISMISSAL OF EXPERIAN –- BECKER V EXPERIAN INFO SOLUTIONS, NO. 15-12606 EMC**